## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

PAUL WELSH,                    : No. 551 EAL 2016
                              :
            Petitioner        : Petition for Allowance of Appeal from
                              : the Order of the Superior Court
                              :
        v.                    :
                              :
                              :
                              :
NATIONAL RAILROAD PASSENGER   :
CORPORATION A/K/A AMTRAK,     :
                              :
            Respondent        :

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW**, this 2nd day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.